

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00973-CV

James P. **GORDON**,
Appellant

v.

Amy A. **GORDON**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-08529
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's November 3, 2023 order appointing a receiver is vacated. This appeal is dismissed. Costs of court for this appeal are taxed against the party that incurred them.

SIGNED October 16, 2024.

_____
Lori Massey Brissette, Justice